IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.

Damarco T. Coleman

2:16-cr-116
Judge Marbley

<u>ORDER</u>

There being no objections, the court hereby adopts the Amended Report and Recommendation of the magistrate judge (ECF No. 29) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 27, 2016

    <u>s\Algenon L. Marbley</u>
    Algenon L. Marbley
    United States District Judge